# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR BABENKOV,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, *et al.*,[1]<br><br>Respondents. | Case No.  5:26-cv-02965-AB (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondents' Response to the Petition, Dkt. No. 6; Petitioner's Reply, Dkt. No. 7; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 8; and all of the records and files herein.

The time for filing objections to the Report has passed, and no objections have been received.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, the Acting Attorney General of the United States, is hereby substituted as Respondent.

IT IS ORDERED that:

(1) The Petition is GRANTED IN PART;

(2) Respondents are ORDERED to IMMEDIATELY RELEASE Petitioner Vladimir Babenkov (A# 220-640-721) from custody;

(3) Respondents are ORDERED to return any confiscated property and documents to Petitioner upon his release;

(4) Respondents are ORDERED to comply with the required procedures prior to any future enforcement actions or re-detention of Petitioner;

(5) Respondents are ORDERED to file a status report substantiating compliance with the Court's Order within three days of this Order; and

(6) Petitioner's counsel is DIRECTED to submit any attorney fee application and corresponding billing records within thirty (30) days of the District Court's Order, and INSTRUCTING Respondent to file any opposition within fourteen (14) days of Petitioner's attorney fee application.

DATED:  July 9, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2