js-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VLADIMIR BABENKOV, | Case No. 5:26-cv-02965-AB (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TODD BLANCHE, *et al.*,[1] | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is granted in part.

DATED: July 9, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Todd Blanche, the Acting Attorney General of the United States, is hereby substituted as Respondent.